Kevin Y. Jacobson, Esq.
QUILL & ARROW, LLP
10900 Wilshire Boulevard, Suite 300
Los Angeles, California 90024
T: 310-933-4271
F: 310-889-0645
kjacobson@quillarrowlaw.com

Attorneys for Plaintiff
James Marron

Michael J. Gregg, Esq. SBN321765
Mark W. Skanes, Esq. SBN 322072
ROSEWALDORF LLP
100 Oceangate, Suite 300
Long Beach, California  90802
Telephone:   (518) 869-9200
Facsimile:   (581) 869-3334
Email:     mgregg@rosewaldorf.com
           mskanes@rosewaldorf.com

Attorneys for Defendant
FCA US LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 8:19−cv−02482 JVS (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION OVER THE SETTLEMENT IF NECESSARY** |

**ORDER**

The Court, having considered the Joint Stipulation to Dismiss the Case With Prejudice With the Court Retaining Jurisdiction Over the Settlement, if necessary, filed by the parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court Dismisses this matter With Prejudice
3. The Court retains jurisdiction over the settlement and its terms, if necessary.

IT IS SO ORDERED.

DATED: November 19, 2020

*[signature]*

Hon. Judge James V. Selna
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then be sent Electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to any counsel of record indicated as non-registered participants.

Dated: November 19, 2020

/s/Kevin Y. Jacobson
Kevin Y. Jacobson

*Attorney for Defendant*
**FCA US LLC**

Michael J. Gregg, Esq. SBN321765
Mark W. Skanes, Esq. SBN 322072
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California  90802
T: 518-869-9200
F: 518-869-3334
mgregg@rosewaldorf.com
mskanes@rosewaldorf.com